UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANADA JETLINES LTD. and CANADA JETLINES OPERATIONS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID NEELEMAN, DGN CORPORATION and BREEZE AVIATION GROUP, INC. <br><br> Defendants. | Civil Action No. 3:19-cv-01850-SRU <br><br><br><br><br><br><br> June 30, 2020 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all parties, as follows:

1. The above-captioned action shall be dismissed in its entirety, with prejudice.

2. Each party shall bear its own fees and costs.

Dated: June 30, 2020

| | |
|---|---|
| WINSLETT STUDNICKY McCORMICK & BOMSER LLP | DAY PITNEY LLP |
| By  /s/ James H. Neale <br>    David L. Barrack (ct10155) <br>    James H. Neale (phv10526) <br> 1177 Avenue of the Americas <br> New York, New York 10036 <br> jneale@wsmblaw.com <br> dbarrack@wsmblaw.com <br> (646) 583-0765 (telephone) | By  /s/ Erick. M. Sandler <br>    Erick M. Sandler (ct25029) <br><br> 242 Trumbull Street <br> Hartford, Connecticut 06103-1212 <br> emsandler@daypitney.com <br> (860) 275-0100 (telephone) <br> (860) 275-0343 (fax) |
| *Attorneys for Plaintiffs Canada Jetlines Ltd. and Canada Jetlines Operations Ltd.* | *Attorneys for Defendants David Neeleman, DGN Corporation and Breeze Aviation Group, Inc* |